**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| Michael P. Chiras and Stephanie N. Chiras, ) | Case No. 18-80387 |
| ) | |
| Debtors. ) | Chapter 7 |
| ) | |
| ) | |
| A & B Auto Body Supply, Inc., ) | Hon. Thomas L. Perkins |
| ) | |
| Plaintiff, ) | |
| ) | Adv. No. 18 A 08021 |
| v. ) | |
| ) | |
| Michael P. Chiras, ) | |
| ) | |
| Debtor. ) | |

**MOTION FOR A FINDING OF DEFAULT AND FOR DEFAULT JUDGMENT**

A & B Auto Body Supply, Inc, through its attorneys, moves this Honorable Court to find that Michael P. Chiras in default and to enter a default judgment against him. In support of the same, A & B Auto Body Supply, Inc. states:

1. On January 20, 2015, the Circuit Court of the Tenth Judicial Circuit, Tazewell County, Illinois entered judgment against Michael P. Chiras in the amount of $10,885.45. Since that time, Michael P. Chiras has been sanctioned several times during supplementary proceedings.

2. On or about March 21, 2018, the Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Central District of Illinois. That case was assigned 18-80387.

3. On June 27, 2018, A & B Auto Body Supply, Inc. timely filed its Complaint, initiating this adversary proceeding.

4. On July 2, 2018, Michael P. Chiras was served with a summons and the adversary Complaint. (Doc. 7). Later, on August 3, 2018, Michael P. Chiras' attorney in the underlying bankruptcy case was served with an Alias Summons and the adversary Complaint. (Doc. 13).

5. Federal Rule of Bankruptcy Procedure 7055 states that Rule 55 of the Federal Rules of Civil Procedure applies in adversary proceedings. In turn, Federal Rule of Civil Procedure 55 states that when a party fails to plead or defend, the clerk must enter that party's default. Fed. R. Civ. P. 55(a). Federal Rule of Bankruptcy Procedure 7012 provides defendants with thirty days to respond to adversary complaints.

6. More than thirty days has passed since both Michael P. Chiras and his attorney were served.

7. Michael P. Chiras is in default. It is just and proper to find him in default.

8. The allegations of the adversary complaint establish that Michael P. Chiras' debt to A & B Auto Body Supply, Inc. is not dischargeable.

9. It is appropriate to enter a judgment declaring that Michael P. Chiras' debt to A & B Auto Body Supply is not dischargeable.

10. A proposed order is attached.

WHEREFORE, A & B Auto Body Supply, Inc. resquests that the Court:

A. Find Michael P. Chiras in default;

B. Direct the Clerk to enter Michael P. Chiras' default under Federal Rule of Civil Procedure 55(a);

C. Enter judgment in favor of A & B Auto Body Supply, Inc. and against Michael P. Chiras, declaring that Michael P. Chiras' debt to A & B Auto Body Supply, Inc. is not dischargeable;

2

    D.  Awarding A & B Auto Body Supply, Inc. its costs associated with these proceedings;

    and

    E.  Any other relief the Court deems appropriate.

11.    Dated:  September 7, 2018

Respectfully submitted,
A & B Auto Body Supply, Inc., by

/s/ Jonathan LA Phillips
Jonathan LA Phillips
Shay Phillips, Ltd.
230 Southwest Adams Street
Suite 310
Peoria, Illinois 61602
Tel:    (309) 494-6155
Fax:    (309) 494-6156
Email:  jphillips@shay-law.com

**Certificate of Service**

Undersigned certifies and states that on September 7, 2018, he filed the foregoing document using the Court's CM/ECF system which would serve all counsel of record having entered their appearance in this matter. Further, undersigned served the foregoing document by placing the same in the US Mail, postage prepaid, addressed as follows:

Michael P. Chiras
2245 North Meadowview Lane
Washington, Illinois 61571

Spencer Lee Daniels, Esq.
411 Hamilton Boulevard
Suite 1708
Peoria, Illinois 61602

/s/ Jonathan LA Phillips